# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr2016-IEG |
| Plaintiff, | Order Following Status Conference |
| vs. | |
| DOLORES LOVIN (5); MARY ARONSON (6); PHILIP JAMES BIDWELL (12); JEFFREY A. LIGHT (14); TRACY O'NEAL TYLER (15); PETER P. BRAGANSA (16), | |
| Defendants. | |

A Status Conference was held on December 9, 2008. Based thereon, the Court orders as follows:

1. On or before January 16, 2009, the Government will provide to defendants its list of witnesses and exhibits to the extent practicable, including potential Rule 404(b) evidence.

2. On or before February 3, 2009, the Government will provide defendants any Jencks Act material and will identify any expert witnesses it intends to use at the time of trial. In addition, on or before February 3, 2009, the Defendants will comply with their reciprocal discovery obligations.

3. A substantive motion hearing will be held before Chief Judge Irma E. Gonzalez on January 30, 2009 at 9:00 a.m. All motions the parties wish to have heard on this

1 | date must be filed by January 16, 2009. Opposition to those motions must be filed
2 | by January 23, 2009.
3 | 4. An in limine motion hearing will be held before Chief Judge Irma E. Gonzalez on
4 | February 12 and 13, 2009, beginning at 9:00 a.m. on both days. All motions the
5 | parties wish to have heard on these days must be filed by January 29, 2009.
6 | Opposition to those motions must be filed by February 5, 2009.
7 | 5. Due to a conflict on the Court's calendar, the trial is continued from February 24 to
8 | <u>March 3, 2009 at 9:00 a.m.</u>

**IT IS SO ORDERED**.

**DATED: December 10, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**