# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>DOLORES LOVIN (5); MARY ARONSON (6); PHILIP JAMES BIDWELL (12); JEFFREY A. LIGHT (14); TRACY O'NEAL TYLER (15); PETER P. BRAGANSA (16),<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07cr2016-IEG<br><br>Order Granting motion for Leave to Manually File Exhibit [Doc. No. 410]; Granting Application to Extend Production Dates [Doc. No. 406] |

　　　Upon application, for good cause shown, the Court GRANTS Defendant Tracy O'Neal Tyler's motion to manually file an exhibit to his motion to dismiss, and GRANTS the government's motion to extend dates for production of summaries or spreadsheets.

　　　**IT IS SO ORDERED**.

**DATED: January 14, 2009**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　**United States District Court**

07cr2016