# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Lovin et al.,(5,6,11,12,14,15,16)　　　　　　　　　　No.　07cr2016-IEG

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on 11/6/2009 and ended on 2/16/2010.

| 3161(h) | | | |
|---|---|---|---|
| ___(1)(A) | Exam or hrg for **mental or physical incapacity** | | A |
| ___(1)(B) | State or Federal trials or **other charges pending** | | C |
| ___(1)(C) | **Interlocutory appeals** | | D |
| _X_(1)(D) | **Pretrial motions** (from flg to hrg or other prompt dispo) | | E |
| ___(1)(E) | **Transfers from other district** (per FRCrP 20, 21 & 40) | | F |
| ___(1)(H) | **Proceedings under advisement** not to exceed thirty days | | G |
| ___ | Misc proc: Parole or prob rev, deportation, **extradition** | | H |
| ___(1)(F) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | | J |
| ___(1)(G) | Consideration by Court of **proposed plea agreement** | | K |
| ___(2) | **Prosecution deferred** by mutual agreement | | I |
| ___(3)(A)&(B) | **Unavailability of defendant** or **essential witness** | | M |
| ___(4) | Period of **mental or physical incompetence** of defendant to stand trial | | N |
| ___(5) | **Superseding indictment and/or new charges** | | P |
| ___(6) | **Defendant awaiting trial of co-defendant** when no severance has been granted | | R |
| ___(7)(A)&(B) | **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | | T |
| ___(7)(B)(i) | 1) Failure to **continue** would stop further proceedings or result in **miscarriage of justice** | | T1 |
| ___(7)(B)(ii) | 2) **Case** unusual or **complex** | | T2 |
| ___(7)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | | T3 |
| ___(7)(B)(iv) | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare | | T4 |
| ___3161(8)(i) | Time up to **withdrawal of guilty plea** | | U |
| ___18:3161(b) | **Grand jury indictment time extended** thirty (30) more days | | W |

Date 2/16/10　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge's Initials